## ATLANTA-ASHEVILLE MOTOR EXPRESS INC. *v.* SUPERIOR GARMENT MANUFACTURING COMPANY.

HAWKINS, Justice.   Where, as in this case, an attack is made on the constitutionality of a rule promulgated by the Public Service Commission of the State of Georgia, and no construction of any constitutional provision is directly involved, but merely the applicability of plain and unambiguous constitutional provisions to such rule, the Court of Appeals and not the Supreme Court has jurisdiction. *Maner* v. *Dykes,* 183 *Ga.* 118 (187 S. E. 699); *Head* v. *Edgar Bros. Co.,* 187 *Ga.* 409 (200 S. E. 792); *Kirkland* v. *Employers Liability Assurance Corp.,* 195 *Ga.* 402 (24 S. E. 2d, 676); *White* v. *State,* 196 *Ga.* 847 (27 S. E. 2d, 695); *Smith* v. *State,* 201 *Ga.* 200 (39 S. E. 2d, 313); *Dade County* v. *State,* 203 *Ga.* 280 (46 S. E. 2d, 345); *Jackson* v. *State,* 203 *Ga.* 570 (47 S. E. 2d, 588); *Boyett* v. *State,* 205 *Ga.* 370 (53 S. E. 2d, 919).

*Transferred to the Court of Appeals. All the Justices concur.*

No. 17085.   MAY 10, 1950.

*R. J. Reynolds Jr.,* for plaintiff in error.

*C. Baxter Jones Jr.,* and *Powell, Goldstein, Frazer & Murphy,* contra.